United States District Court
of New York

17CV5518

RECEIVED
SDNY DOCKET UNIT
2017 JUL 19 PM 4:15

Travis Heffley

V

Federal Bureau of Prisons

I am a federal inmate at FCI Otisville. The defendants are

Defendant 1 FCI Otisville

I have been forcefully medicated at all the institutions listed as defendants. This has gone on for several years without my knowledge. When I became aware I made multiple attempts to make the staff stop. I have filed informal resolutions and administrative remedies both with the institution staff and at the regional office in Philadelphia. All of the responses that I recieved stated I am not being forcefully medicated. The only way that I can prove this is to subpoenia the insurance company. I also have made complaints to the regional office in Philadelphia that medical records have been falsified. I was not treated for conditions that I did have and instead was given medications for problems that I did not have, intentionally. I am asking that this practice of forcefully medicating me be stopped. Also I want 100 million dollars for the mental anguish I have gone through trying to figure out what is wrong with me. And for the unknown long term side effects that will affect me. I request a jury trial. Travis Heffley 17225097   7-11-17

I believe that my basic human rights have been violated I am filing this civil complaint because at some point in time while I was at USP Marion, surgical proceedures where preformed on me without my knowledge. My penis and the areas around it were altered without my knowledge and permisson. These surgeries have caused me serious problems. These problems include numbness, discoloration, urination problems including having to strain to pass urine. Also I have experienced problems maintaining an erection for longer than a few seconds. Also the ability to ejaculate has been affected. I have experienced severe pain in the areas around my penis because the blood flow has been blocked. Also the size has been reduced It has taken me several years to fully understand what was done to me. Since I was not aware at the exact time these things were done I could not file any informal resolutions. The stress that I have undergone because of this is indescribable. The pain and stress over the years at all of the institutions where I was housed, I feel, they are all responsible since they were knowledgeable about the things that were done and did nothing to correct the problems. I have tried informal resolutions. Since I have been here at FCI otisville I have gone to the medical staff and asked for help to fix these problems. There response has been they do not know how to fix these problems. So what I have requested them to do and what I request now is these problems be corrected and 100 million dollars for pain and suffering and mental anguish. I also request a jury trial. Travis Heffley 17225097 [signature] 7-10-17

OTV 1330.13i
ATTACHMENT 1

## INFORMAL RESOLUTION FORM (BP-8)

The Administrative Remedy Program allows you the opportunity to have an issue related to your incarceration formally reviewed. You have the responsibility to use this program in good faith and in a straightforward manner. You should make every effort to honestly attempt informally resolve this matter verbally with staff.

Date BP-8 issued to Inmate: 7/3/17

INMATE NAME: Heffley

REGISTER NUMBER: 17225097           UNIT GA

Specific Issue Needing Resolution: Medication

Explain the issue in detail: I have complained to Medical and Pyshoology about medication that I dont need and they keep referring me back to the other department - I want an answer to why I need this medication

INMATE SIGNATURE _____           DATE 7-3-17

### TO BE COMPLETED BY COUNSELOR

Date Received from inmate: 7/5/17

Action Taken: I checked with Medical and Psychology. They said you are not on any medication.

COUNSELOR SIGNATURE _____           DATE 7/5/17

### TO BE COMPLETED BY UNIT MANAGER
Informal Resolution Reviewed

UNIT MANAGER SIGNATURE _____           DATE _____

DATE BP-9 ISSUED TO INMATE: _____     Staff Initials _____

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 17225097 | Current Institution: | Otisville FCI |
| Inmate Name: | HEFFLEY, TRAVIS | Housing Unit: | OTV-G-A |
| Report Date: | 07/13/2017 | Living Quarters: | G01-100U |
| Report Time: | 11:27:24 AM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1680 |
| PAC #: | 336857319 |
| Revalidation Date: | 16th |
| FRP Participation Status: | Completed |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 12/26/2007 |
| Local Account Activation Date: | 6/7/2017 3:20:24 AM |
| Sort Codes: | |
| Last Account Update: | 7/11/2017 6:51:57 AM |
| Account Status: | Active |
| Phone Balance: | $2.01 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll   ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $3.64 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

|  |  |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3.64 |
| National 6 Months Deposits: | $350.00 |
| National 6 Months Withdrawals: | $380.80 |
| Available Funds to be considered for IFRP Payments: | ($100.00) |
| National 6 Months Avg Daily Balance: | $10.11 |
| Local Max. Balance - Prev. 30 Days: | $75.51 |
| Average Balance - Prev. 30 Days: | $12.75 |

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $92.50 |
| YTD Purchases: | $92.50 |
| Last Sales Date: | 7/11/2017 6:51:57 AM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $360.00 |
| Expended Spending Limit: | $82.70 |
| Remaining Spending Limit: | $277.30 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

---

NAME Heffley Travis
REGISTER NO. 17225097
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

Pro Se
MG7

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street Room 120
New York NY 10007-1312

Attn Clerk of the Court